

# Fourth Court of Appeals
## San Antonio, Texas

August 12, 2016

No. 04-16-00190-CV

John M. **DONOHUE**,
Appellant

v.

**CITY OF BOERNE CHIEF OF POLICE JAMES KOEHLER**, Officer Pablo Morales, and
Martha L. Donohue,
Appellees

From the County Court at Law, Kendall County, Texas
Trial Court No. 15-003-CCL and 15-003-CCL-A
Honorable William R. Palmer Jr., Judge Presiding

## O R D E R

Appellee Martha Donohue's brief was due August 8, 2016. Neither the brief nor a motion for extension of time has been filed. We order appellee Martha Donohue to file her brief by August 22, 2016. If the brief is not filed by the date ordered, we may order the case submitted without a brief from this appellee.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of August, 2016.

_____
Keith E. Hottle
Clerk of Court